**IN THE UNITED STATES OF AMERICA**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARY SANCHEZ, o/b/o J.V., III,** | ) | **CASE NO. 3:10-CV-2484** |
| **Plaintiff,** | ) | |
| v. | ) | **MAGISTRATE JUDGE GREG WHITE** |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | **JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is vacated and the case remanded for further proceedings consistent with the Court's opinion.

IT IS SO ORDERED.

s/ Greg White
United States Magistrate Judge

Date: December 15, 2011